**PACIFIC COAST LEMON LAW, INC.**
MATTHEW K. TREYBIG, ESQ. (SBN 336797)
matthew@helpwithlemons.com
8889 West Olympic Boulevard Penthouse Floor
Beverly Hills, CA 90211
Telephone: (844) 744-0146
Facsimile: (310) 388-5214

Attorneys for Plaintiff,
*JOSE ANGEL VELASQUEZ, SR.*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
BRIAN C. VANDERHOOF, ESQ. (SBN 248511)
Brian.Vanderhoof@lewisbrisbois.com
JONATHAN WON, ESQ. (SBN 293910)
Jonathan.Won@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 262-8592
Facsimile: (415) 434-0882

Attorneys for Defendant,
*FORD MOTOR COMPANY*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE ANGEL VELASQUEZ, SR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 3:21-cv-05810-CRB<br>Assigned to: Hon. Susan van Keulen<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(ii) AND ~~PROPOSED~~ ORDER**<br><br>Complaint Filed: June 25, 2021<br>Trial: Not Set |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the entire action shall be dismissed with prejudice. Each side shall bear their own costs and fees, including attorneys' fees.

Dated: June 6, 2022 **Lewis Brisbois Bisgaard & Smith, LLP**

By: /s/ *Brian C. Vanderhoof*
Brian C. Vanderhoof, Esq.
Attorney for Defendant,
*Ford Motor Company*

Dated: June 6, 2022 **Pacific Coast Lemon Law, Inc.**

By: /s/ *Matthew Treybig*
Matthew K. Treybig, Esq.
Attorney for Plaintiff,
*JOSE ANGEL VELASQUEZ, SR.*

GOOD CAUSE APPEARINTHEREFORE, IT IS HERBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees.

Dated: June 6, 2022

**IT IS SO ORDERED**

By: [signature]
Hon. Charles R. Breyer

4857-6121-4243.1  2

STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(ii) AND ~~PROPOSED~~ ORDER